Also for petitioner, please proceed. Thank you, Your Honor. I would like to reserve three minutes for rebuttal and recognize the requirement to monitor my time as discussed earlier. May it please the court, my name is Joel Silversmith. I am a member of the law firm KMA Zuckert and I am representing the petitioners in this matter. There are two issues before this court. The first is whether this petition is properly before the court as a matter of procedure and second whether the FAA exceeded its authority as a matter of substance. We respectfully submit that the answer to both of those questions is yes. First, may I ask a question that it was not briefed but the court has an obligation to inquire into which is standing. If I understand it, Mr. Kurtz no longer is in the business although he's quote intending to get back into it. So how does he have standing? Thank you, Your Honor. I think this is a matter which both is fulfilled by the FAA's general requirements for standing in its own proceedings as well as overall. In questions related to an airport's compliance with assurances, the FAA has taken the position that an entity that is interested in operating at an airport but is unable to do so because of the airport's non-compliance does have standing to pursue a complaint and in this case... So that was true when he was in the business but he's no longer in the business. Well he is still in the business. He's not himself operating at this airport but Mr. Kurtz actually owns approximately 3% of all the skydiving centers in the United States. The relevant one is the one that's seeking approval to operate at this airport. And he has been in continual contact with that airport as noted in the record. They actually actively reached out to him once they had received the permission from the FAA to establish an off-airport landing zone to provide a landing zone that was actually located on the airport. So just so that I'm clear that we should move on to the issues that were in the briefs, you're saying that even though he has suspended operations, even though a new operator is operating what he previously operated, he in his mind has an intent to resume operations sometime in the future if he wins his point on this appeal and that's why he has said... Well I'd say it's more than just his mind. There is correspondence in the record which indicates that he has continued to actively engage with the airport to indicate that he does want to resume operations but simply cannot do so under the current circumstance in which he's being denied access to the airport itself. I'd also just clarify that the operator who has been on the airport more recently, although they are the entity physically conducting the operations, Mr. Kurtz and his company had a relationship with them when they would market the skydiving on their behalf. So in that sense, although he is not physically conducting operations at the airport, he had not actually entirely left the airport but essentially, it's not strictly accurate, but it's subcontracted out the business of operating the skydiving business. Okay, but as indicated for the question of whether this matter is properly before the court, we understand that the letter upon which the petition is based was a final agency decision and consistent with both Supreme Court and circuit precedent, created legal obligations and had implications for the parties that are sufficient to render it appealable at this time. Counsel, how was it a final decision if there were additional conditions that had to be met? Your Honor, this court as well as other courts have concluded that they have to look beyond the face of a letter to conclude what it review of the conditions that would be required to have the corrective action plan go forward. There was no anticipation that the FAA would engage in any further meaningful review other than to check a box to see if the airport had actually met the conditions that had been set forth. So based upon that and based upon prior decisions, that was effectively the end of the FAA's decision-making process. There is no requirement that this court wait for them to finally check the box in a ministerial fashion before this matter is appealable. Were funds being given to the airport during this interim? Or weren't the funds withheld until all of those conditions were satisfied? My understanding is that the funds were withheld. I do not know for certain if the funds have resumed. I believe that would be something that the FAA or DOJ might be in a position to address. But wouldn't that be an indication that the FAA would be in a position to make a final decision on the corrective action plan? Again, the important distinction to draw is that the final decision was the FAA setting forth the conditions upon which a corrective action plan would be approved. Based upon the record, there has not been the actual final approval of the corrective action plan, but it is important to distinguish that from the item upon which we are appealing. The courts have established that an agency having set out procedures for a decision to be implemented, that in itself constitutes a final decision. There is not a requirement for that procedure to actually be carried to its conclusion for the setting forth of the procedures to be challenged. What's your strongest Ninth Circuit case to support your argument that the imposition of conditions does not render, does not affect the finality of the decision? What's your strongest Ninth Circuit case on that point? I believe that is the, apologies while I make sure I'm referring to the correct case, Your Honor, but I believe that would be the Hawaii case that we cited that has to do with the finalization of NASA procedures. I believe that was a case in which, what's the name of the case? Apologies, let me quickly pull that from my file there. That is Hawaii County Green Party versus Clinton, 980 FSUP 1160. You cited that in your brief, of course. Yes, that is, and I would have to check whether it was also cited in our primary brief, but that is cited at page 7 of our reply brief, Your Honor. Is that a district court decision? Yes, Your Honor, that is a district court decision, but I would also draw your attention, cited on that same page, to the Supreme Court's decision in Bell versus New Jersey, 461 U.S. 773, which again establishes the proposition that having an agency, having established the procedures through which an agency should implement a matter, it need not wait for the agency to actually implement it for the matter to be appealed. That's why I ask you whether or not there's a Ninth Circuit case that supports your argument, because generally if an approval is conditional, it's not considered final. So that's why it was important to me for you to cite to me a case in the Ninth Circuit where we have made that distinction that you're presently making, and I just don't see that. I mean, Your Honor, I do not believe there's a Ninth Circuit case that has addressed this specific matter, but I believe the Supreme Court's decision obviously creates a binding precedent that would apply to all the circuits, and again, I want to emphasize... My decision is talking about regulations. When an agency sets down regulations that have to be complied with, that's a little different than a discrete decision that's being made by an agency. So I'm not sure that that's a binding precedent. Well, Your Honor, I believe the Vell case doesn't concern regulations. It concerns an agency determining a method of repayment. So I believe the issue in that case was... Well, it's a policy or procedure, perhaps not embodied in a regulation, but it's a policy or procedure that's laid down to regulate future conduct. That's different than a discrete decision that's being made by an agency on a specific application. So I'm not sure that that case goes as far as you would like for it to go in terms of your jurisdictional argument. But, I mean, again, Your Honor, I would draw the distinction, since you would use the term conditional, that what we have in this case is a decision that was not procedures the city of Casa Grande could use to reach AIP compliance. It was conditions that had to be met. There were conditions that had to be met, and then the decision would be made whether or not, having met those conditions, there would be an approval. Well, and again, Your Honor, that's where I disagree. I don't believe that there's any indication the FAA would make a further decision. It would simply be looking to see whether the conditions had already been set out, had been met or not, and checking a box. That is not the type of further substantive review which is understood to render a decision less than final. I understand your argument. Turning to the second item I'd raised, I did want to briefly address it, although, again, I wanted to reserve a little bit of time for rebuttal. But in terms of the substance of our argument, the position we have taken is that to the extent the FAA is required to allow all types of aeronautical activities access to an airport, we believe that implicitly requires that those, that access be provided to the actual physical airport, not to the creation of a distant parcel and relegating activities that are disfavored by that airport to that distant location. We would submit in particular that the term appurtenant, which has been the central item that's been discussed by both us and the FAA in its brief, does specifically require the FAA to provide that access to the original physical airport. Your Honor, I will stand on my briefs at this time and reserve the remaining time for rebuttal. Counsel, while you're waiting, I would like for you to look at the record on page 82, the letter from Kevin Willis, and then I'd like to discuss with you a little more of the finality of this. Thank you. Respondent. So I understand that time is being shared for this argument. Counsel. Yes, Your Honor. All right, so the time is being shared, 12 minutes and three minutes. Yes, Your Honor. We have three minutes on the clock, and so that's for Yodice. Yes, may it please the Court, Your Honor. My name is Kathleen Yodice, and I'm here before you today representing the four membership associations who believe that there may be dangerous precedent set if the FAA is permitted to reverse a final determination in private after publicly making informed and significant safety findings in favor of a particular aeronautical activity. Fundamentally, we like to impress upon this Court the importance of this federal program to provide financial aid to airports so that public-use airports can be maintained and improved. And the importance of being able to rely on the FAA to administer that program fairly and consistently. The statute makes clear that an investment of federal funds in an airport must allow reasonable and just access to the airport, and it's logical that to do otherwise would create a slippery, unchecked, inconsistent slope of airports picking and choosing what they will allow at its airport at its own discretion. The slippery slope is real, and the FAA even recognized that to a certain extent in its final agency decision in criticizing the city on the basis of its reasons to exclude the parachuting activity in this regard that the slippery slope could extend to other aeronautical activities. And we fully appreciate, contrary to the note made in the government's brief, we fully do appreciate that airports must be available on reasonable terms. And here the reasonable terms were decided by the FAA after a full, fair, and complete process, one that was set out according to organized and defined procedures. What is unreasonable here is a complete reversal, or at least a significant departure, meaningful departure from what had been decided by the agency and explained in its final agency decision, but then now have a markedly different decision without explanation. Can I ask, you would be less concerned, I gather, if the FAA had said, notwithstanding our early safety evaluation where we determined that, you know, the risk was low if you took certain mitigation measures, you're saying that if the agency had come back and said, you know what, we've taken a second, harder look at this, and actually, you know, we're not comfortable with the level of risk that would remain, and that's why we've kind of come to a different conclusion, that would be okay? But you're saying it's just the absence of some explanation that's the problem from your client's standpoint? Well, Your Honor, to a certain degree, I agree with the spirit of your question in that the associations are here recognizing that there is a structured process by where there is finality, there is argument, there is decision making, and within that process, a decision comes out. If there is a reason, new information, differing considerations, whatever may be the basis to revisit that decision, that should be done within the context of the procedure, not unilaterally or in isolation by the agency, so that any decision that is ultimately rendered by the agency is appropriate, is respected in the fairness of the system that it emanated from, and that there is the meaningful consideration of that decision. There is a meaningful opportunity for the parties to participate in order to inform the agency, make the arguments, provide the information, so that a different decision is explained, is understood, and has been fully and fairly evaluated. So, in short, to answer your question, Your Honor, if there was a reason to revisit the decision, the membership associations would suggest that that needed to be done in the context of a formal, a structured process, not one done between themselves and the city, more or less in private, without the knowledge of anyone else and their opportunity to object. Otherwise, the decision, just one final moment, or final comment, otherwise the decision is, I'm sorry, it's just uninformed. I thought there was going to be an additional comment that I could make in that regard, but it was going to be the same. Thank you, Your Honor. Thank you, counsel. We'll hear from the government. May it please the court, I'm Dana Kerstong for the United States. There is no final agency action here. This is a clarification of a conditional approval. It's not a final approval, which they would be able to challenge. This is a step in an ongoing process. It has no legal consequences. The city is still in noncompliant status. It is still not getting grant funds, and it is interlocutory. They have to wait until the end of the process to challenge this, as the Supreme Court said in Bennett v. Sphere. And is that in part because it's possible that the FAA will change its mind on the need to, or on the permissibility of having these activities located off-site? So, it's certainly true that this conditional approval doesn't bind the FAA. The FAA could change its mind. But also, as the Supreme Court said in Bennett v. Sphere, there isn't review of an interlocutory decision in an administrative process. Just like a district court may not change its mind after denying a motion for summary judgment, you don't get immediate appeal of that. You need to wait for the process to complete. I thought our cases, though, said that if it's clear that the agency has basically made up its mind and is moving forward, it's not going to go back and revisit the decision that's being challenged. I thought we at least had some precedent that said that was sufficient. You have reached the end of the road as to this issue that somebody wants to litigate, and there's no real realistic prospect that the agency in future proceedings is going to go back and change its mind, that it is okay at that point to get judicial review. Am I wrong on that point? So, to some extent, Your Honor. So, Bennett v. Sphere talks about interlocutory decisions not being immediately reviewable. This is a decision that is part of an ongoing administrative process. So, that's different from cases, and Petitioner cites some safe extensions, where the FAA has finished on a particular issue. The fact that at some point in the future it could reconsider, that's not enough. But here, we don't know how this is ultimately going to come out. There are a lot of very important steps still in this process, not least the environmental assessment, which is certainly a very meaningful step, and depending on how that comes out, the ultimate landing area could be someplace very different. This is an ongoing process in which the City has already changed both the location and the a bridge that we are talking about. After somebody died skydiving at this airport, they made some changes. So, we just don't know how this is going to come out. One of the purposes of this doctrine is for courts not to review cases before we know what things are ultimately going to look like, whether the petitioners will ultimately even be injured by the final decision. Council? Yes, Your Honor. CR 82 is a letter from Mr. Willis from the FAA, that talks about conditional approval of the project. What does that mean then? It's been approved. He said it's been approved, but the approval is conditional. What is the approval? What has been approved? So, this is not a final approval. Even if it's an interlocutory approval, what is the nature of that approval? So, this is in the nature of a thumbs up from the FAA. What does that mean? That's very informal. Thumbs up doesn't tell me anything. What is being approved? I'm sorry, Your Honor. Here, FAA is saying, go forward with this. We think that this will meet our requirements, but there are a lot of steps still left in this process. So, it is conditional. In particular, we're not giving you any grant funds now. You're still in non-compliance status. You have to actually make the airport, make this land part of the airport, before you can get a final approval, which, of course, would be reviewable. And then, if you look at the beginning of the supplemental excerpts, there's a further letter explaining that, I believe it's at SER 4 and 5, that an environmental assessment will be required before this land could be made part of the airport. Isn't that even in the earlier letter, the August 12th conditional approval letter, right in the first page, I think there's a footnote about the possibility of an environmental issue. That's right, Your Honor. So, there are these real steps. They're highlighted both in the conditional approval, which, of course, is part of an ongoing process. And you can see some of the later steps are in the SER, also some of the back-and-forth following this between the City and FAA. You can see, for example, at SER 13 through 17. So, this is one step in an ongoing process, but we don't know at this point what that parachute drop zone is ultimately going to look like, whether this land will clear environmental assessment, whether FAA will ultimately approve making this part of the airport. So, the conditional approval, it's not binding on the FAA. It doesn't have legal consequences. It all depends on this being made part of the airport. There are a number of very significant steps that need to happen before this could be part of the airport, including this environmental assessment, of course. I'd like to just address briefly the suggestion that FAA has changed its position, that something strange happened in the process here. I think it's helpful to understand, to just take a step back and understand what this process is. So, the initial decision, this Part 16 proceeding that the agency held, found that the airport was violating grant assurances. And in that back and forth, the city said, we don't need to let skydivers at this airport. It's not safe. And the FAA said, yes, it's high risk right now, but there are things that you can do to make it safe. So, that's sort of the end of that proceeding. And then it's up to the city to come up with a plan to make skydiving safe, to bring it onto the airport and make it in a way that is safe. And in that process, which is what we're in the middle of now, FAA welcomes creative solutions. You don't have to do exactly what was in FAA's mind when they said, yeah, you can make this safe. This proposal by the city, you can see at ER 63, it talks about there are going to be fewer mitigation measures required. And FAA has the flexibility in this back and forth with the airport sponsor to accept a creative solution, to accept an alternative plan. And it's FAA's obligation to approve such a plan if it meets FAA requirements. Well, can I interject? Because your version of what happened here is quite different from my understanding. As I understand it, the FAA did give, did do an assessment to see whether these activities could be done safely on site, let's just call it, on the real airport, not this distant parcel. And there was actually quite an intensive review on that front. Folks from your client agency, presumably with expertise in this, said, no, this can be done safely. Yes, there are things that need to be done to mitigate some of the risks, but it can be done. So I thought there was an outright rejection of the city's position that this just cannot be done, and if it's going to be done, it has to be done at some distant location. I thought the FAA just said, no, you're just wrong on that. Now get to work on fixing this so that it can be done on site. And then the next thing anybody knows, somehow the FAA, with no explanation for why it's changed its view, has said, actually, it's okay for you to make them do it on this other parcel. So that's my understanding, and I guess I would be inclined, if we were able to reach the merits, to think that that was at least arbitrary and capricious and not explaining the change in position. So what have I missed? Because you've given quite a different version of the history there. Certainly, Your Honor. So just as a factual matter, this piece of land that we're talking about, it's less than three miles away, and a lot of airports, that would be part of the airport. But the key here is that once the FAA, the FAA did find that there are mitigation measures that could be put in place to make skydiving safe at the original airport, but the city does not have to, after a Part 16 proceeding, it doesn't have to do exactly what FAA is thinking when FAA says, here are some ways you can make it safe, right? So the city can come up with any plan that meets FAA's requirements, and it's for the city to propose the plan, and then it's just FAA's job to approve a plan if it meets the requirements, and this plan certainly seems like it would if everything happens to make this part of the airport. I think people may be... I guess you're not, it just seems to me you're not responding to the concern I framed, which is that the FAA had made a determination that these activities can be done safely on-site, and what the city comes back with is a proposal to no, we're going to make them do it off-site. Doesn't the FAA have to explain why, even though it had done this review before and had found that the activities could be done safely on-site, that it's now saying, oh, but don't worry about it. Notwithstanding the statute, you can make them do it off-site. Doesn't there have to be some explanation for why the FAA has changed its view on that? So this takes us back to the fact that there's no final decision, right? We don't have a final decision here to review. That's part of it, right? So any explanation requirements that you would think would need to be in a final decision, that just wouldn't apply here. But I think the other piece is that it is very significant that this land be part of the airport. So FAA has always said, you have to allow landing on the airport, and that is significant. That land is then controlled by the same grant encumbrances. It has to be operated and maintained by the airport. The airport has to prevent hazards. And then what the statute requires in terms of nondiscrimination, that doesn't mean that everybody gets equal access to every part of the airport. You couldn't run an airport that way. What that means is everybody gets access to something on the airport, which this would then be if it were made part of the airport, which, of course, hasn't happened yet, which is why there's no judicial review. But if this were actually part of the airport, what the law requires is that any fees set for using the site take into account any additional costs of accessing the site. But, of course, we have gone pretty far afield because we do not at this point have a final agency decision that is reviewable. What we have right now is a clarification of a conditional approval that is part of this ongoing back and forth between the city and the agency to come up with a plan to get skydiving on something that meets the statutory definition of the airport. If there are no further questions, I'll rest on my briefs. It appears not. Rebuttal. Your Honor, returning to the Willis letter that you'd asked me to give some attention to, I believe one of the very important passages in that letter is at the top of ER 83 in the record, in which it indicates that the proposed PDZ location will be a fully functional part of the airport and will be used to provide access to certain aeronautical activities and service providers. What about the fact that it says it's a conditional approval and that final approval is forthcoming? Well, this letter sets forth some conditions for that to be implemented. But the FAA is absolutely solid in its decision that they are allowed to do this. There is no suggestion that they are going to revisit the concept of having a parcel three miles away from the airport be designated for skydiving. But why does it say final approval is forthcoming if there is nothing else that remains to be decided? Your Honor, I believe the courts have indicated that it's incumbent upon them to look beneath the surface of a letter. The fact that an agency describes its decision as conditional does not mean that it is actually conditional for purposes of determining whether it's appealable. And to return to your early question about Ninth Circuit precedent, I would like to draw your attention to two cases from out of circuit that we had cited, which were pure land and domestic securities. I'm not interested in out of circuit cases. But, Your Honor, to the extent there are no cases in circuit, we would certainly ask that this court give consideration as to whether those are the precedents that it should follow. But they wouldn't be precedent by definition because they're out of circuit. Well, excuse me for referring to them as precedents, but this court should look to them as examples of how other courts have considered similar issues, and we believe that reasoning should apply here as well. Thank you. Thank you to all counsel for your arguments in this case. The case just argued is submitted for decision by the court that completes our calendar for the morning. We are in recess until 9.30 a.m. tomorrow morning. This court stands in recess until 9.30 tomorrow morning.
judges: RAWLINSON, WATFORD, Rakoff